# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MARCUS LEWIS,**
**ADC #111474**                                                   **PETITIONER**

v.                          **No. 5:13-cv-354-DPM**

**RAY HOBBS, Director, ADC**                     **RESPONDENT**

## JUDGMENT

Lewis's petition for writ of habeas corpus is dismissed with prejudice. A certificate of appealability will not issue because Lewis has not made a substantial showing of the violation of any right.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 March 2014